IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

JOHN STEPHEN COLEMAN, #223809, )
)
    Plaintiff, )
v. ) CASE NO. 2:09-cv-311-TMH
) WO
RICHARD ALLEN, *et al.*, )
)
    Defendants. )

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. # 17) to the Recommendation of the Magistrate Judge filed on June 4, 2009 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #12) filed on May 22, 2009 is adopted;

3. The Motion for Preliminary Injunction (Doc. #1) is DENIED.

4. This case is referred back to the Magistrate Judge for additional proceedings.

DONE this 18th day of September, 2009.

                                                  /s/ Truman M. Hobbs

                                                TRUMAN M. HOBBS
                                                SENIOR UNITED STATES DISTRICT JUDGE