IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JOHN STEPHEN COLEMAN, #223809, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.  2:09-cv-311-TMH |
| ) | WO |
| RICHARD ALLEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

This cause is before the Court on plaintiff's Objection to the Magistrate's Order on Motion to Suspend All Religious Services (Doc. #41) filed on December 10, 2009. Specifically, plaintiff objects to the Magistrate Judge's order of December 3, 2009 (Doc. #40) denying plaintiff's motion to suspend all religious services. After an independent review of the Magistrate Judge's order and the petitioner's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is hereby

ORDERED that petitioner's objection (Doc. #41) is OVERRULED. It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this the 17th day of December, 2009.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE