IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN STEPHEN COLEMAN, # 223809, ) | |
| ) | |
| Plaintiff, ) | |
| v.   ) | CASE NO. 2:09-cv-311-TMH |
| ) | |
| RICHARD ALLEN, *et al.*, ) | (WO) |
| ) | |
| Defendant. ) | |

## **O R D E R**

This cause is before the Court on the plaintiff's Appeal Order on Motion Document # 46-1 (Doc. # 48), filed on April 14, 2010. In this document, the plaintiff objects to the Magistrate Judge's April 9, 2010 Order (Doc. # 46), which denied the plaintiff's Motion for the Court to Stop Donations to the Church. (Doc. # 45.)

After an independent review of the file in this case, including the Magistrate Judge's order and the plaintiff's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is hereby

ORDERED that the plaintiff's Appeal Order on Motion Document # 46-1 (Doc. # 48) is OVERRULED.

This case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this the 4th day of June, 2010.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE