IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN STEPHEN COLEMAN, #223809, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:09-cv-0311-TMH |
| ) | WO |
| RICHARD ALLEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #58) to the Recommendation of the Magistrate Judge filed on September 19, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #56) filed on September 7, 2012 is adopted;

3. The defendants' motion for summary judgment (Doc. #24) is GRANTED.

4. The costs of this proceeding is taxed against the plaintiff, for which execution may issue.

DONE this the 24th day of September, 2012.

                                          /s/ Truman M. Hobbs
                                     TRUMAN M. HOBBS
                                     SENIOR UNITED STATES DISTRICT JUDGE